Waiver of Indictment

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF PUERTO RICO**

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date:
2024.03.13
11:05:26
-04'00'

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIM NO. 24- 094 (RAM)

STANISLAV GUTKIN,
Defendant.

## WAIVER OF INDICTMENT

**Stanislav Gutkin,** the above-named defendant, is accused of Misprision of a Felony, in violation of Title 18, United States Code, Section 4.

**Stanislav Gutkin,** being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
**Stanislav Gutkin**
Defendant

_____
James Bell, Esq.
Counsel for Defendant

_____
Lydia Lizarribar-Masini, Esq.
Counsel for Defendant

Date: March 13, 2024

USDJ