IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2024.03.13 11:21:52 -04'00'

UNITED STATES OF AMERICA,
Plaintiff,

v.

STANISLAV GUTKIN,
Defendant.

CRIMINAL NO. 24-094 (RAM)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**Misprision of a Felony**
**Title 18, United States Code, Section 4**

COMES NOW, the United States of America, through its undersigned counsel and most respectfully states, alleges and prays as follows:

CCM Health was a business dedicated to furnishing chronic care management services to Medicare beneficiaries whose primary care physician belonged to various contracted medical groups located in New York City.

CCM Health furnished its services through the operations of two U.S. corporations: CCM Health, Inc., a New York corporation, with offices in New York City, of which defendant [1] STANISLAV GUTKIN its President; and CCM Health, LLC, a Puerto Rico corporation.

CCM Health also provided Medicare-related services to Russian-speaking Medicare beneficiaries of contracted medical groups, with individuals located outside the United States, namely, in Odessa, Ukraine.

United States v. Stanislav Gutkin
Information
Page 2

Pursuant to Title 42, Code of Federal Regulations, Section 411.9, with limited exceptions that are inapplicable to the underlying facts of this Information, Medicare does not pay for services furnished outside the United States.

COUNT ONE
Misprision of a Felony
Title 18, United States Code, Section 4

On or about February 5, 2020, in the District of Puerto and elsewhere,

**STANISLAV GUTKIN,**

the defendant herein, while aided and abetted by others not charged herein, having knowledge of the actual commission of a felony cognizable by the court the United States, to wit, that is, Health Care Fraud, a violation of 18 U.S.C. § 1347, Health Care Fraud, did conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, that is, defendants, during a meeting with representatives of a medical group, did conceal CCM Health's services furnished by individuals in Ukraine from the medical groups.

W. STEPHEN MULDROW United States Attorney

**SETH ERBE**
Digitally signed by SETH ERBE
Date: 2024.01.18 12:23:06 -04'00'

Seth A. Erbe, Esq.
Assistant U.S. Attorney
Chief, Financial Fraud & Public Corruption Section

**WALLACE BUSTELO**
Digitally signed by WALLACE BUSTELO
Date: 2024.01.17 12:42:56 -04'00'

José A. Ruiz-Santiago, Esq.
Assistant U.S. Attorney

**WALLACE BUSTELO**
Digitally signed by WALLACE BUSTELO
Date: 2024.01.17 12:42:17 -04'00'

Wallace Bustelo, Esq.
Special Assistant U.S. Attorney