IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v.<br>Stanislav Gutkin<br><br>Defendant | Cr. 24-094 (RAM) |

**Motion Requesting Order for**
**Return of Passport**

**TO THE HONORABLE COURT:**

**NOW COMES DEFENDANT Stanislav Gutkin through** the undersigned counsel and respectfully states and prays :

The sentencing hearing of defendant is scheduled for August 7, 2024. It is requested that the Court order the return of the passport of defendant after proceedings are concluded .

WHEREFORE it is respectfully requested the Court take notice of the contents of this motion and grant the requested relief .

Respectfully submitted in San Juan, Puerto Rico this 6th day of August ,2024.

CERTIFICATE OF SERVICE

It is certified that on this date this motion is being filed through the Clerk of the Court through the CM/ ECF filing system, which will automatically notify counsel for the parties of record .

S/*Lydia Lizarribar Masini*
Lydia Lizarribar Masini
USDC 124301
G 14 Oneill St Suite A

San Juan , PR 00918
Tel. 787-525-5462
lizarribarlaw@gmail.com